# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS QUEVEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:12-at-00013<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket Nos. 3, 8) |

Plaintiff Thomas Quevedo ("Plaintiff") filed a complaint on January 9, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 3.) On January 12, 2012, the Court issued an order requesting additional information regarding the application to proceed *in forma pauperis* and that the application be completed. (Doc. 5.) On January 17, 2012, Plaintiff filed an amended motion to proceed *in forma pauperis* addressing the Court's concerns. (Docs. 8.) Plaintiff's amended application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   January 19, 2012**          /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE