1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   Modesto, California 95354
3  (559) 264-2800
     Attorney for Plaintiff
4

5

6                   UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8                         FRESNO DIVISION

9

10 Thomas Quevedo,              )     CASE NO.1:12-cv-00090-AWI-SKO
        Plaintiff,              )
11                             )
      v.                       )
12                             )     **STIPULATION AND ORDER**
   Commissioner of Social Security )  **FOR EXTENSION OF TIME TO SUBMIT**
        Defendant.              )     **PLAINTIFF'S CONFIDENTIAL BRIEF**
13

14      IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a

15 first-time 30-day extension of time to submit a confidential brief. The extension is requested

16 due to Plaintiff's attorney's workload demands and the number and complexity of the issues

17 in this case. The current due date for Plaintiff's Confidential Brief is June 8, 2012. The new

18 due date will be July 9, 2012.  The scheduling order should be modified accordingly.

19 Dated: June 7, 2012                 /s/ Sengthiene Bosavanh

20                                     SENGTHIENE BOSAVANH, ESQ.
                                       Attorney for Plaintiff

21 Dated: June 7, 2012                 BENJAMIN B. WAGNER
                                       United States Attorney
22

23                                     By: /s/Tova D. Wolking
                                       (as authorized via e-mail)
24                                     TOVA D. WOLKING
                                       Special Assistant United States Attorney
25

26                         **ORDER**

27      Pursuant to the parties' stipulation, Plaintiff's requested extension of time to serve

28 the confidential brief is extended until July 9, 2012.  As such, the schedule is modified as

1   follows:

2   | **Event** | **Deadline** |
| --- | --- |
| Service of Plt.'s Confidential Brief | July 9, 2012 |
| Service of Def. Conf. Brief | August 16, 2012 |
| Plaintiff's Opening Brief | September 18, 2012 |
| Defendant's Responsive Brief | October 22, 2012 |
| Plaintiff's Reply Brief | November 9, 2012 |

9   IT IS SO ORDERED.

10   **Dated:**   **June 8, 2012**                          **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE