BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TOVA WOLKING, CSBN 259782
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: tova.wolking@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THOMAS QUEVEDO, | Case No. 1:12-cv-00090-SKO |
| Plaintiff, | JOINT STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE Commissioner of Social Security, | ORDER |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case for further administrative action pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand to the defendant, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to update the record regarding Plaintiff's impairments in accordance with Social Security Regulations and Rulings.

    The ALJ will hold a new administrative hearing and consider Plaintiff's residual functional capacity based on the updated record, including Plaintiff's Veteran's Administration

(VA) disability rating decision dated September 14, 2010.  If warranted, the ALJ will secure supplemental evidence from a vocational expert to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform given his vocational factors of age, education, and work experience, as well as his updated residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner and remanding for additional administrative development.

Respectfully submitted,

DATE: *August 21, 2012*                */s/ Sengthiene Bosavanh\**
SENGTHIENE BOSAVANH, ESQ.
(*as authorized via email)
Attorney for Plaintiff

DATE: *August 21, 2012*                BENJAMIN B. WAGNER
United States Attorney

By:     */s/ Tova D. Wolking*
TOVA D. WOLKING
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   August 23, 2012               _____
CHIEF UNITED STATES DISTRICT JUDGE