UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS QUEVEDO,<br><br>        Plaintiffs,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>        Defendant.<br>_____/ | **Case No. 1:12-cv-00090-AWI-SKO**<br><br>**ORDER TO FILE SUPPLEMENTAL INFORMATION** |

On June 5, 2013, Plaintiff's counsel, Sengthiene Bosavanh, filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b), seeking an award of $21,401.97. The requested fee award purportedly represents 25% of the back-benefits awarded to Plaintiff; payment of 25% of any back-benefits received is the contingency fee negotiated between Plaintiff and his counsel. (*See* Doc. 26-1.)

On June 19, 2013, the Commissioner filed a statement noting that the Plaintiff's counsel's motion for attorney's fees provided no documentation establishing the exact amount of past-due benefits awarded to Plaintiff. (Doc. 28.) Plaintiff's counsel's motion for attorney's fees indicates that Plaintiff was awarded past-due benefits in the amount of $85,607.90, and cites to exhibit 3 attached to the motion. However the documentation attached to Plaintiff's counsel's motion at exhibit 3 is a letter from the Social Security Administration to Plaintiff's counsel indicating that the agency failed to

1

withhold the correct amount of past-due benefits for an approved attorney fee.  The letter, however, does not state the amount of past-due benefits awarded to Plaintiff.  (*See* Doc. 26-3.)

Accordingly, IT IS HEREBY ORDERED that, on or before July 17, 2013, Plaintiff's counsel shall file supplemental documentation establishing the specific amount of the past-due benefits awarded to Plaintiff to support the motion for attorney's fees.

IT IS SO ORDERED.

Dated:   **June 25, 2013**                         **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE